156 A.3d 163

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RODNEY ARMOUR, DEFENDANT–PETITIONER.

November 3, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002006–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

156 A.3d 163

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAWORSKI SNEED (A/K/A JAWORSKI SNEET),
DEFENDANT–PETITIONER.

November 3, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005865–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.